CARLIE CHRISTENSEN, Acting United States Attorney (#633)
ERIC A. OVERBY, Assistant United States Attorney (#7761)
United States Attorney's Office
185 South State Street, Suite #300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Eric.Overby@usdoj.gov

Attorneys for the United States of America

---

IN THE UNITED STATES DISTRICT COURT, DISTRICT OF UTAH,
CENTRAL DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JASON R. ELLSWORTH, and JASON ELLSWORTH, individually, and R. GRANT SMITH, individually,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED BUSINESS BROKERS OF UTAH, LLC, UNITED MERGERS AND ACQUISITIONS, LLC, UNITED MERGERS AND ACQUISITIONS CONSULTANTS, INC., UNITED BUSINESS BROKERS, INC., UNITED BUSINESS CAPITAL, LLC, GRANTSVILLE REAL ESTATE, LLC, BIG SHOT RANCH, LLC, UTAH HOUSEBOATS, LLC, MICHAEL S. DRURY, TOM MAHER, and REBECA PHILLIPS,<br><br>Defendants, | Case No. 2:09-cv-00353<br><br>UNITED STATES' NOTICE OF DECLINATION<br><br>**UNDER SEAL**<br><br>Judge DALE A. KIMBALL<br><br>**SEALED** |

**THE GOVERNMENT'S NOTICE OF ELECTION TO
DECLINE INTERVENTION**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id. Therefore, the United States requests that, should either the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts and to intervene in this action, for good cause, at a later date.

Finally, the United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Respectfully submitted this 16th day of March, 2010.

CARLIE CHRISTENSEN
Acting United States Attorney
District of Utah

_/s/ Eric A. Overby_
ERIC OVERBY
Assistant United States Attorney

District of Utah
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Attorneys for the United States of America

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of March, 2010 the foregoing **United States'** Notice of Election to Decline Intervention was served via first-class mail, postage prepaid, upon:

Justin D. Heidman
Travis Larsen
ASCIONE, HEIDEMAN & McKAY L.L.C
2696 North University Avenue, Suite #180
Provo, Utah 84604

*[signature]*
Kristine Osmond
Legal Assistant to AUSA Eric A. Overby
United State Attorney's Office